DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN C. POTTER,**
Appellant,

v.

**KARLA M. SCROGGINS,**
Appellee.

No. 4D21-1355

[December 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502018DR001420.

John C. Potter, Royal Palm Beach, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***